IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

```
F I L E D
MAY 1 7 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17cr45 |
| | ) | |
| BENJAMIN FAULKNER, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The United States and the defendant stipulate that the following facts are true, and had this matter proceeded to trial the United States could have proven them beyond a reasonable doubt:

1.  On or about September 30, 2016, in Eastern District of Virginia and elsewhere, the defendant, BENJAMIN FAULKNER, did cross a State line with the intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person who has not attained the age of 12 years, all in violation of Title 18, United States Code, Section 2241(c).

2.  At all times relevant to the Information, BENJAMIN FAULKNER was an individual residing outside of the United States.

3.  On or about September 30, 2016, FALTE left that country and traveled to a residence in the Eastern District of Virginia. He met PATRICK FALTE—with whom he was previously acquainted—at that location.

4.  On or about October 1, 2016, FAULKNER traveled with FALTE to another residence in the Eastern District of Virginia for the purpose of sexually abusing a four-year-old minor there. FAULKNER and FALTE previously had communicated with the minor's adult custodian through an online chat program and agreed upon their visit for this purpose.

1

5. On at least one other occasion between the fall of 2015 through July 2016, FAULKNER traveled from outside of the Commonwealth of Virginia to the Eastern District of Virginia for the purpose of sexually abusing the same minor. During this visit, FAULKNER engaged in sexual acts, as defined in 18 U.S.C. § 2246(2), and production of child pornography with the minor.

6. As part of his guilty plea, the defendant acknowledges that he committed the above conduct knowingly and intentionally, not by accident or mistake, and that he knew his conduct was illegal at the time.

Dana J. Boente
United States Attorney


By: _____
Jessica D. Aber
Assistant United States Attorney

Lauren Britsch
Special Assistant United States Attorney

Elham Peirson
Trial Attorney
United States Department of Justice,
Child Exploitation and Obscenity Section

2

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, BENJAMIN FAULKNER, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.


BENJAMIN FAULKNER
Defendant


I am BENJAMIN FAULKNER's attorney.  I have carefully reviewed the above Statement of Facts with him.  To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.


Cary Bowen, Esq.
Counsel for Defendant

3