Benjamin A. Faulkner
# 90411-083
USP - Terre Haute
P.O. Box 33
Terre Haute, IN
47808

01-15-22



Clerk of the Court
United States Courthouse
701 E. Broad St., Suite 3000
Richmond, VA
23219

Re: 3:17-CR-00045 / United States v. Benjamin Faulkner

Clerk of the Court,

   I hope that this letter finds you well and in good health. I am writing in regards to a motion that I filed about a month ago, at the beginning of December, or thereabouts. I sent in the necessary paperwork to file a Fed.R.Civ.P 41(g) motion for the above mentioned case, and have not heard anything in reply.

   Kindly, would you let me know if for some reason the motion was not filed, and if that is the case, why that is. In the event that it has been filed, it is my understanding that that should open another civil case. If the motion has been filed, what is the civil case number for it?

   I thank you in advance for your time and efforts. Have a wonderful day!

Respectfully,

Benjamin A. Faulkner