FILED: March 30, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-137
(3:17-cr-00045-JAG-1)
_____

In re: BENJAMIN FAULKNER

          Movant

_____

O R D E R
_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Thacker and Senior Judge Shedd.

          For the Court

          /s/ Patricia S. Connor, Clerk